1

2        **UNITED STATES DISTRICT COURT**

3        **EASTERN DISTRICT OF WASHINGTON**

4

5   GREGORY A. DEERHEIM,                )
                                        )
6              Plaintiff,               )
                                        )        NO.  CV-11-41-JPH
7        vs.                            )
                                        )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                  )        **CIVIL CASE**
    Commissioner of Social Security,    )
9                                       )
               Defendant.               )
10                                      )
                                        )
11  _____    )

12       **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant

14  to sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19       DATED this 27th day of January, 2012.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      By:  s/Renea Ferrante
                                              Deputy Clerk
24

25

26  cc: all counsel